# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) Plaintiff(s) | |
| vs. ) JACKSON CURTIS MARTIN ) ) ) Defendant(s) | 3:20-mj-46-01 |

**HEARING ON** Initial Appearance *videoconference w/ CCP.*
March 23, 2020  11:00a.m.

Before Judge   Keith A. Pesto ✓

Maureen Sheehan-Balchon, Jr. AUSA ✓      ✓ Douglas Sughrue, Esq.  — in courtroom

_____           _____
Appear for Plaintiff                     Appear for Defendant

Hearing began  11:20 ⎯           Hearing adjourned to _____
                                  Stenographer
Hearing concluded C.A.V. 11:40 ⎯  ✓ Shirley Hall

a) advised of rights, consent waived physical presence (Rule 5)
detained pending action of grand jury or preliminary hearing (to be scheduled)