IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:20-cr-6 |
| | ) | |
| v. | ) | JUDGE KIM R. GIBSON |
| | ) | |
| JACKSON CURTIS MARTIN, III and | ) | |
| AMANDA NICHELLE DOWNS a/k/a | ) | |
| AMANDA MARTIN, | ) | |
| | ) | |
| DefendantS. | ) | |

**ORDER**

AND NOW, this 22nd day of May, 2020, it is **HEREBY ORDERED** that the above-captioned case is transferred to the Honorable Stephanie L. Haines, District Judge.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE