IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA,<br>      Plaintiff,<br><br>vs.<br><br>JACKSON CURTIS MARTIN, III<br>      Defendant. | Case Number: CR 3:20-06-01 |

**PLACEHOLDER FOR HIGHLY SENSITIVE DOCUMENT (HSD)**

**TITLE OF DOCUMENT:**

SEALED PLEA SUPPLEMENT

**IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS**