IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :
               Plaintiff            :            CR No. 3:20-06-01
                                     :
       vs.            :
                                       :
JACKSON CURTIS MARTIN, III            :
             Defendant            :


HEARING:  Sentencing on June 21, 2022


Before Judge Stephanie L. Haines


Maureen Sheehan-Balchon, AUSA            Douglas Sughrue, Esquire
     Appear for Plaintiff                 Appear for Defendant

Hearing Began: 10:56 a.m.            Hearing Ended:  12:01 p.m.

CRD  Debbie Gorgone            Stenographer  Shirley Hall

Law Clerk:  Gary Robinson


This was the time and place set for Sentencing in the case of USA vs. Jackson Curtis Martin, III. Counsel entered their appearances. Defendant sworn.  Defendant previously plead guilty to Counts 1, 2, 3, and 5 of the Indictment.  Sentencing guideline calculations and sentencing options given.  Defendant was sentenced to 420 months of imprisonment, consisting of 360 months at each of Counts 1 and 2, to be served concurrently to one another, and a term of imprisonment of 60 months at each of Counts 3 and 5, to be served concurrently to one another, and consecutive to the 360 month concurrent terms at Counts 1 and 2. Upon release from imprisonment, the Defendant shall be on supervised release for a term of Life at each of Counts 1, 2, 3 and 5, to run concurrently.  Said term of supervised release comes with standard and special conditions of supervision, as more fully stated in the Judgment. The Government made an oral motion to bifurcate the sentencing hearing and to schedule a restitution hearing. The Court did grant the Government's motion and a restitution hearing for the final determination of the victims' losses is scheduled for August 23, 2022. The Defendant shall forfeit to the United States all of the 32 items specifically detailed in this Court's Preliminary Order of Criminal Forfeiture, filed on May 26, 2022, at Document No. 116. Defendant shall pay a mandatory special assessment of $400 to the United States District Court Clerk forthwith. Defendant is currently detained and shall remain detained pending designation by the Bureau of Prisons.   Defendant's appeal rights given.